Matter of Schneider v Town of Evans (2024 NY Slip Op 01484)

Matter of Schneider v Town of Evans

2024 NY Slip Op 01484

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., LINDLEY, MONTOUR, GREENWOOD, AND DELCONTE, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (789.1/23) CA 23-00411.

[*1]IN THE MATTER OF EDWARD SCHNEIDER, III, PETITIONER-APPELLANT, 
v
TOWN OF EVANS, RESPONDENT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to renew, leave to reargue or leave to appeal to the Court of Appeals denied.